IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Max M. Wachtel, IV,                           Case No. 5:11CV1093

           Petitioner

     v.                                    ORDER

Kimberly Clipper,
Warden

           Respondent

This case was referred to a United States Magistrate Judge for Report and Recommendation. The Magistrate Judge filed his Report and Recommendation. [Doc. 8]. The petitioner has filed no objections to the Report and Recommendation, which he was required to do within fourteen days of service. Fed. R. Civ. P. 72, L.R. 72.3.

I have reviewed the case, *de novo*, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned.

Therefore, it is hereby

ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court. Petitioner's petition for writ of habeas corpus is dismissed in its entirety.

So ordered.

                                                     /s/ James G. Carr
                                                     Sr. United States District Judge